EXECUTION COPY

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE KAKAULIN<br><br>Plaintiff,<br><br>v.<br><br>BLINK HEALTH, LTD; GEOFFREY CHAIKEN; AND MATTHEW CHAIKEN<br><br>Defendants. | Case No. 1:16 cv 08476 (GHW) |

Stipulation of Dismissal With Prejudice

Plaintiff Eugene Kakaulin hereby dismissed the above-captioned action against Blink Health, Ltd., Geoffrey Chaiken and Matthew Chaiken with prejudice and without fees or costs.

Dated: January 31, 2017

By: _____
Jonathan S. Sack
Sack & Sack, LLP
70 East 55th Street, 10th Floor
New York, New York 10022

*Counsel for Eugene Kakaulin*